UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARREN CESARIO,

Plaintiff,

- against -

DAVIDSTEA (USA), INC., ET AL.,

Defendants.

26-cv-7843 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **November 26, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
November 11, 2026

John G. Koeltl
United States District Judge